UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARC IRWIN SHARFMAN M.D., P.A.,

    Plaintiff,

v.                                      Case No: 6:20-cv-1255-Orl-40GJK

BIOSERENITY INCORPORATED and
SLEEPMED INCORPORATED,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal. (Doc. 23). Plaintiff advises that it dismisses the claims pursued against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on January 4, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties